UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 2:16-cr-43-FtM-UACM

DEMETRIO NOVERON-CASIMIRO

### ORDER

This matter comes before the Court on the Unopposed Motion to Advance Sentencing (Doc. #23) filed on September 12, 2016.  Counsel moves the court to advance the sentencing date currently scheduled for October 3, 2016.  As grounds, counsel indicates that there are no objections to the pre-sentence investigation report and defendant is ready to be sentenced. Probation officer, Nick Stevens, and the Government do not object.  The Court, having considered the motion, finds good cause and will grant the relief requested as outlined below.  Accordingly, it is now

**ORDERED:**

The Unopposed Motion to Advance Sentencing (Doc. 23) is **GRANTED**.  The sentencing will be rescheduled for September 26, 2016 at 1:30 PM.  The clerk is directed to issue a notice rescheduling hearing.

**DONE AND ORDERED** at Fort Myers, Florida, this September 13, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record